**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT KNOXVILLE**

| | |
|---|---|
| **ALLSTATE PROPERTY AND CASUALTY COMPANY,** ) ) ) **Counterclaim Plaintiff,** ) ) **v.** ) ) **LARRY MARKOWSKI and** ) **VALERIE MARKOWSKI,** ) ) **Counterclaim Defendants.** ) | No. 3:07-cv-104 (Phillips) |

## ORDER

This matter is before the Court on counterclaim plaintiff Allstate Property and Casualty Company's (hereafter, "Allstate") Motion to Dismiss the Counterclaim Without Prejudice [Doc. 37]. On March 22, 2007, this lawsuit was removed to federal court. [Doc. 1]. On May 9, 2007, Allstate filed a counterclaim against Larry and Valerie Markowski. [Doc. 7]. On April 20, 2010, the Court dismissed Larry and Valerie Markowski's complaint against Allstate. [Doc. 36]. The only remaining cause of action following this Order [Doc. 36] was Allstate's counterclaim against Larry and Valerie Markowski.

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Allstate moves to dismiss its counterclaim without prejudice against Larry and Valerie Markowski. [Id.]. For good cause stated, Allstate's Motion to Dismiss the Counterclaim Without Prejudice [Doc. 37] is **GRANTED**, whereby it is **ORDERED, DECREED, and ADJUDGED** that Allstate's counterclaim against Larry and Valerie Markowski is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

       **ENTER:**

         __  s/ Thomas W. Phillips  __
         United States District Judge